**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roberto MORENO–LARIOS,**
**Defendant–Appellant.**

**No. 03–20196.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 23, 2004.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Roberto Moreno–Larios, Beaumont, TX, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Roberto Moreno–Larios has requested leave to withdraw as counsel and has filed a brief

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

518

as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Moreno–Larios has not filed a response. Our independent review of the brief and record discloses no nonfrivolous issue. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.